UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 23-cr-154 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Dayjon Griffin, | |
| Defendant. | |

---

This matter comes before the Court on the Government's Unopposed Motion for Continuance of Motions Hearing, ECF No. 40. This matter is scheduled for a motions hearing this Thursday, October 19, 2023. ECF No. 33. The Government has moved to continue this matter for 60 days due to health issues experienced by Defendant and attorney scheduling conflicts that have arisen for both the Government and Defendant. Further, "the parties have recently begun to engage in negotiations to potentially resolve this matter short of a motions hearing and/or trial." ECF No. 40 at 1. The Government requests that the motions hearing be continued for 60 days. Defendant is in "agreement" with the requested extension. ECF No. 40 at 1.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel the time necessary for effective preparation and to make efficient use of the parties' resources. The Court further finds that such continuance is not due to a lack of diligent

preparation. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Unopposed Motion for Continuance of Motions Hearing, ECF No. 40, is **GRANTED**.

2. The period of time from **the date of this Order through December 21, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall take place before the undersigned on **December 21, 2023**, at **1:30 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. **The trial date, and other related dates, will be rescheduled following the ruling on any pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

Dated: October 16, 2023

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Griffin*
Case No. 23-cr-154 (SRN/TNL)